IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JESSE BROWN                                    CIVIL ACTION

           PLAINTIFF,                    NO. _____

      v.

LAUREL HARRY, COMMISSIONER          COMPLAINT

OVERALL CORRECTIONAL FACILITIES

OF PENNSYLVANIA. WENEROWICZ,

SECRETARY OVERALL CORRECTIONAL

FACILITY OF PENNSYLVANIA; GOURLEY

SUPERINTENDENT; JENNIFER

McCLELLAND, DSCS; SPIELES UNIT

MANAGER/CAPTAIN OF THE IMU AT

CAMP HILL; KALSKY, PSS; ARE BEING

SUED IN THEIR INDIVIDUAL AND

OFFICIAL CAPACITIES;

           DEFENDANTS

FILED
SCRANTON

MAR 31 2025

PER ____ CP
DEPUTY CLERK

## I. JURISDICTION & VENUE

1) PLAINTIFF JESSE BROWN *HN1283 WRITE THIS SWORN COMPLAINT UNDER THE DECLARED PENALTY OF PERJURY. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPREVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES, THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a)(3). PLAINTIFF BROWN SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C.

1

SECTION 2201 AND 2202. PLAINTIFF BROWN'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTIONS 2283 & 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2) THE MIDDLE DISTRICT OF PENNSYLVANIA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## II. PLAINTIFF.

3) PLAINTIFF JESSE BROWN *HN1283 IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF PENNSYLVANIA IN THE CUSTODY OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS CAMP HILL. BROWN IS CURRENTLY CONFINED IN PENNSYLVAN-IA STATE PRISON IN CAMP HILL, PENNSYLVANIA, IN THE IMU AT CAMP HILL.

4) PLAINTIFF JESSE BROWN *HN1282 CAN BE SERVED AT ADDRESS: SCI-CAMP HILL; P.O. BOX 8837; CAMP HILL, PA. 17001 . . .

## III. DEFENDANT

5) DEFENDANT Ms. LAUREL HARRY, IS THE COMMESSIONER OF PENNSYLVANIA STATE PRISONS. DEFENDANT HARRY IS LEGALLY RESPONSIBLE FOR THE OPERATION OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS AND FOR THE WELFARE OF ALL THE INMATES OF PENNSYLVANIA PRISONS AND OVERALL CORRECTIONAL OFFICIALS. AND RESIDES AT ADDRESS: 1920 TECHNOLOGY PARKWAY, MECHANICSBURG, PA. 17050. HARRY CAN BE SERVED AT THAT ADDRESS THIS COMPLAINT. BY THE ███ SECRETARY - ASSISTANT.

6) DEFENDANT WENEROWICZ, IS THE SECRETARY OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS. DEFENDANT WENEROWICZ IS LEGALLY RESPONSIBLE FOR THE OPERATION OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS AND FOR THE WELFARE OF ALL THE INMATES OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS AND OVER HIS SUBORDINATES BELOW HIS RANK OF PRISON GUARDS AND WAS ASSIGNED TO SCI-CAMP HILL. AND WENEROWICZ RESIDES AT ADDRESS: 1920 TECHNOLOGY PARKWAY, MECHANICSBURG, PA. 17050. WENEROWICZ CAN

3

BE SERVED AT THAT ADDRESS THIS COMPLAINT BY THE SECRETARY-ASSISTANT.

7) DEFENDANT GOURLEY IS THE SUPERINTENDENT OF SCI-CAMP HILL. GOURLEY IS LEGALLY RESPONSIBLE FOR THE OPERATION OF SCI-CAMP HILL AND FOR THE WELFARE OF ALL THE INMATES OF THAT PRISON AND OVERALL SCI-CAMP HILL GUARDS AND GOURLEY RESIDES AT ADDRESS: SCI-CAMP HILL: P.O. BOX 8837, CAMP HILL, PA. 17001. GOURLEY CAN BE SERVED AT THAT ADDRESS THIS COMPLAINT BY THE SUPERINTENDANT-ASSISTANT.

8) DEFENDANT EFF JENNIFER McCLELLAND IS A CORRECTIONAL OFFICER OF THE PENNSYLVANIA DEPARTMENT OF CORRECTION CAMP HILL. WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF PRISON GUARD DSCS, AND WAS ASSIGNED TO SCI-CAMP HILL IMU. JENNIFER McCLELLAND IS LEGALLY RESPONSIBLE FOR THE OPERATION OF CAMP HILL IMU AND FOR THE WELFARE OF ALL THE INMATES OF THAT IMU AND OVERALL IMU PRISON OFFICIALS, AND RESIDES AT ADDRESS: SCI-CAMP HILL

4

P.O. Box 8837; Camp Hill, PA. 17001. McClelland is A Correction's Official who can be served at that Camp Hill Address any and all Complaents by the Superintendent-Assestant.

9.) Defendant Spieles, is a Correctional Officer of the Pennsylvania Department of Corrections Camp Hill who, at all times mentioned in this Complaint, held the rank of Prison Guard-Captain, and was assigned to SCI-Camp Hill IMU Spieles is Legally Responsible for the operation of Camp Hill IMU with the rank of a Captain Performing as the Unit Manager of the IMU overall his Subordinates Responsible for the welfare of all the inmates of that Prison IMU, and Resides at Address: SCI Camp Hill; P.O. Box 8837; Camp Hill, PA. 17001. Spieles can be served at that SCI-Camp Hill Address by the Superintendent Assistant the Complaints

10) Defendant Kalsky, is a PSS assigned to the Pennsylvania Department of Corrections Camp Hill who, at all times mentioned in

5

THIS COMPLAINT HELD THE POSITION AS A PSS FOR THE IMU AND WAS ASSIGNED TO THE IMU MENTAL HEALTH PATIENTS TO SCI-CAMP HILL AND RESIDES AT ADDRESS: SCI-CAMP HILL, P.O. BOX 8837, CAMP HILL, PA. 17001. KALSKY CAN BE SERVED AT THAT CAMP HILL ADDRESS BY THE SUPERINTENDENT ASSISTANT THE COMPLAINTS.

11.) EACH DEFENDANT IS SUED INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY FOR $350,000. AT ALL TIMES MENTIONED IN THIS COMPLAINT, EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

IV. FACTS

12.) AT ALL TIMES RELEVANT TO THIS CASE, PLAINTIFF JESSE BROWN HAD RECEIVED A MISCONDUCT REPORT # D853483 DATED 12-20-23 FOR AN PHYSICAL ALTERCATION WITH AN OFFICIAL AT SCI-ALBION.

13.) I, JESSE BROWN HAD RECEIED A MISCONDUCT REPORT # D853483 DATED 12-20-23 AND GOT SANCTION FOR ASSAULT 90 DAYS AND 30 DAYS

6

FOR REFUSING TO OBEY AN ORDER.

14) ON OR AROUND JANUARY 8, 2024 I, JESSE BROWN, WAS TRANSFERED OUT ALBION, IN ROCKVIEW.

15) AT SCI-ROCKVIEW I, JESSE BROWN SERVED MY (RHU) RESTRICTIVE HOUSING UNIT DESCIPLINARY TIME

16) AT SCI-ROCKVIEW DEFENDANT MICHAEL WENEROWICZ HAD ENFORCED (RRL) RESTRICTIVE RELEASE ON ME, DATED 3-5-24 AND I, JESSE BROWN ONLY HAD TWO MISCONDUCTS SINCE 2015.

17) ON DATE 9-23-24 I, JESSE BROWN SEEN MICHAEL WENEROWICZ AGAIN TO BE TOLD CENTRAL-OFFICE TEAM THAT IS LEAD BY DEFENDANTS LAUREL HARRY AND WENEROWICZ ARE ENFORCING ME IN THE IMU.

18) ON DATE 10-2-24 DEFENDANTS WENEROWICZ, LAUREL HARRY AND GOURLEY COME TOGETHER TO ENTERED, I JESSE BROWN IN SCI-CAMP HILL, (IMU) INTENSIVE MANAGEMENT UNIT.

19) THE IMU IS A 4-YEAR PROGRAM; (PHASE-6 IS 30 DAYS; PHASE-5 IS 9-MONTHS; PHASE-4 IS 9-MONTHS; PHASE 3 IS 9-MONTHS; PHASE-2 IS 8-MONTHS AND PHASE-1 IN GENERAL POPULATION A WHOLE YEAR) IN WHICH I, JESSE BROWN CAN GET SET BACK PHASE'S IF I RECEIVE A MISCONDUCT OR IF I DON'T GO TO GROUP ONCE A WEEK I WILL BE PUT ON PHASE FREEZE etc.

20) I'AM BEING ENFORCED IN LONG TERM CONFINE-MENT; IN CAMP HILL IMU AGAINST MY WILL, CAUSING MENTAL PROBLEM(S) OR AS A RESULT OF ME BEING IN THIS CHAOTIC IMU ENVIRONMENT I SUFFER'S FROM LACK OF SLEEP; OVER WHELM-ING FEAR PARANOIA; BEING ON EDGE; ANXIETY; DISTRESS; ANGER AND INTANGIBLE PSYCHOLOGICAL INJURIES etc. AS A MENTAL HEALTH PATIENT PLACE IN LONG TERM SOLITARY CONFINEMENT

21) THIS IDEA OF DEFENDANT MICHAEL WENEROWICZ TOTAL INCARCERATION IN THE IMU WITH MS. LAUREL HARRY APPROVAL RRL PLACEMENT IN THE IMU ON DATE 3-5-24 JUST ISN'T WORKING

AND ITS NOT HUMANE 4 YEARS SOLITARY
CONFINEMENT.

22) ON DATE 3-5-24 DEFENDANT MICHAEL WENEROWICZ
HAS ADMITTED TO JESSE BROWN, HE WAS
SPECIFICALLY FAMILIAR AND ACKNOWLEDGE
THE EFFECTS OF SOLITARY CONFINEMENT WHEN
PLACING INMATES LIKE JESSE BROWN IN LONG
TERM SOLITARY CONFINEMENT WITH MENTAl
Illnesses BUT WHEN JESSE BROWN LOOK AT IT
DEFENDANT WENEROWICZ STILL GOT THE APPROVAL
OF LAUREL HARRY TO PLACE JESSE BROWN IN
LONG TERM SOLITARY CONFINEMENT ON DATE 9-23-24

23) IT WAS CONFIRM FOR DEATHROW PRISONERS NOT
TO BE PLACE IN LONG TERM SOLITARY CONFINE-
MENT BUT WHEN JESSE BROWN LOOK AT IT
DEFENDANTS WENEROWICZ, HARRY AND GOURLEY
PLACED HIM IN LONG TERM SOLITARY CONFINE
MENT (IMU) THAT IS USED FOR ADMINISTRATIVE
SEGREGATION (KNOWN AS RESTRICTIVE HOUSING
IN PENNSYLVANIA).

24) I, Jesse Brown Had Complete my Disciplinary Sanction-Time For THE INITIAL Misconduct Report #D853483 (90 Days For Assault And 30 Days For Refusing To Obey An Order) But Defendants Laurel Harry; Wenerowicz; Gourley; Jennifer McClelland; Spieles And Kalsky Still Enforce More Cruel And Unusual Punishment on Jesse Brown By Defendants Considering Jesse Brown A Mental Health Patient In Long Term Solitary Confinement.

25) Defendant's Idea of Total Incarceration Is To Criminally Charge Jesse Brown And Give Jesse Brown A Disciplinary Sentence For 90 Days For Assault And 30 Days For Refusing To Obey An Order, See ( Misconduct Report #D853483) Was Not Enough Punishment. For Defendants To Literally Enforce Jesse Brown In Long-Term Solitary Confinement (IMU)

## V. LEGAL CLAIMS.

26) I, Jesse Brown Has Been Placed In Long-Term Solitary Confinement Sence Date

12-20-23 AND STILL FORCE IN LONG TERM Solitary CONFINEMENT AFTER SERVING MY DISCIPLINARY TIME AND BEING CRIMINALLY CHARGE WHICH DEFENDANTS CONSIDER IS NOT ENOUGH PUNISHMENT WHEN PLACING JESSE BROWN IN LONG-TERM Solitary CONFINEMENT (IMU) UNDER THE BELOW PREVIOUS CONDICTIONS DEFENDANTS HARRY; WENEROWICZ; GOURLEY; McClelland; SPEELES; Kalsky, ACKNOWLEDGE THE EFFECT IT CAUSES JESSES BROWN A MENTAL HEALTH PATIENT impose AN ATYPICAL AND SIGNIFICANT HARDSHIP IN Relation To THE ORDINARY INCIDENT OF PRISON LIFE INCLUDING BASIC HUMAN NEEDS FROM THE LENGHT OF CONFINEMENT, THE AMOUNT OF TIME JESSE BROWN IS ENFORCE To SPEND IN His Cell EACH DAY, SANITATION, LIGHTING, BEDDING, NOISE, VENTILATION, O.C. SPRAY, EDUCATION AND REHABILITATION PROGRAMS, OPPORTUNITIES FOR ACTIVITIES OUTSIDE CELLS, AND THE REPAIR AND FUNCTIONING OF BASIC PHYSICAL FACILITIES SUCH AS plumbing, WATER, VENTILATION AND SHOW AND/OR

27) I, JESSE BROWN SUFFERS THE CONDETEONS OF LONG
TERM Soletary confenement UNDER THE AUTHORETY
OF DEFENDANTS HARRY, WENEROWECZ, GOURLEY, SPEELES,
MCCLELLAND AND KALSKY CRUEL AND UNUSUAL
PUNESHMENT IN VIOLATEON TO JESSE BROWNS 1st, 8th
AND 14th AMENDMENT RIGHTS OF THE CONSTETUTEONAL
LAWS OF PRESENERS REGHTS AS FOLLOW

28) DEFENDANTS IS AWARE BROWN WAS UNDER SCE-
CAMP HELL CHAOTEC ENVERONMENT (IMU) LEVENG
CONDETTEONS SENCE DATE 10-2-24

29) DEFENDANTS IS AWARE THEY REFUSED BROWN ARGU-
MENT TO EXAMENE WHETHER THE CONDETEONS OF
CONFENEMENT AMOUNT TO UNENHABETABLE,
DANGEROUS, HAZARDOUS OR TORTUOUS CONDETEONS
IN THE CONSTRUCTEON, DURABELETY AND/OR
VIABELETY OF PHYSECAL FORM OF THE CAMP HELL
IMU OR EN THE TREATMENT BROWN RECEEVE EN
THE PARTECULAR FACELETY IMU, SENCE DATE 10-2-24

30) BROWN HAVE BEEN ASKENG DEFENDANTS SENCE
DATE 10-2-24 TO CONSEDER THE DURATEON WHECH

12

CONCERNS JUST HOW LONG BROWN SPENT AND HAVE
TO SPEND UNDER SCI-CAMP Hill IMU (SOLITARY
CONFINEMENT) TEMPESTUOUS CONDITIONS AS AN
MENTAL HEALTH PATIENT.

31) DEFENDANTS IS AWARE OF SEVERAL ISSUES BROWN
COMPLAINED THAT HAD EXIST SINCE DAY ONE OF
BROWN ARRIVAL AT SCI-CAMP Hill IMU ON DATE
10-2-24, THAT MIGHT SPARK THIS COURTS ATTENTION,
INCLUDES: (1) NO Call BUTTONS (EMERGENCY
PAGING SYSTEMS IN IMU CElls). (2) NO FIRE DRILLS,
NOR WRITTEN FIRE SAFETY INSTRUCTIONS; (3) NO
COVID PRECAUTIONS (NO PROPER SANITATION IS
EMPLOYED) CONCERNING: HANDCUFFS; WAIST
RESTRAINTS; SHACKLES; SHOWERS; KIOSKS; PHONES;
SECURED [CEll Door] APERTURES; WINDOWS; Top &
BOTTOM TIER; GROUP AREAS; LAW LIBRARY AREAS;
MEAL CHARTS; HYGIENE SUPPLIES; RAZORS
CHART. etc. (4) A YEAR BROWN IS GOING TO BE ONLY
Allowed 3 SHOWERS A WEEK. (5) EACH IMU CEll
HAVE DUSTY VENTILATIONS; (6) BROWN HAD TO
DRINK THE IMU LUKE WARM, ODOR TASTING
WATER THAT SMEll BAD; (7) BROWN LOSS A lot of

13

SLEEP WITH THE NIGHT LIGHTS ON THAT BURNS 24/7 IN THE IMU CELLS; (8) BROWN DAYS IN THE IMU IS BASED ON, HIGHLY INVASIVE, NUDE SEARCHES, EVEN WHEN RESTRAINTS REMAIN ON FOR THE ENTIRE TIME BROWN IS OUT OF THE CELL; (9) BROWN IS FORCED TO BE SHACKLED AND HANDCUFFED TO THE WAIST - IN FRONT OF VISITORS - DURING VIDEO VISITS THAT ARE SECURED IN A SMALL BOOTH-SIZED CAGE, WHICH IS SECURED IN A ROOM HALF THE SIZE OF A CELL, FOR AN ENTIRE HOUR; (10) BROWN IS BEING DEPRIVED OF FOOD IF BROWNS BED IS NOT MADE AND/ OR SHOES ARE NOT ON BROWN FEET AT MEAL TIMES WHEN GUARDS COME TO BROWN CELL HIS HANDS ALSO HAVE TO BE RAISE IN THE AIR WITH BROWN STANDING IN THE BACK OF HIS CELL WITH LIGHT ON AND NOTHING ON WALLS OR COVERING WINDOW'S; (11) NO WEEKLY LAUNDRY SERVICES (FOR BROWNS THERMALS, LONG- JOHNS, T-SHIRTS, BOXERS-BRIEFS, SOCKS AND BLANKETS); (12) NO TRADE OUT ON PLASTIC SPOONS WEEKLY FOR BROWN; (13) BROWN HAVE NO TRASH BAGS, NOR SCHEDULE FOR TRASH COLLECTION SERVICES AS IMU GUARDS JUST THROW BROWN TRASH ON THE TIER EVERY TIME BROWN COME OUT HIS CELL; AND (14) WEEKS

14

BROWN SEEN THE TIER DIRTY WITH NO DAILY BLOCK WORKER TO CLEAN TIERS (EACH MONTH); SINCE DATE 10-2-24. (15) BROWN IS AWARE, IMU FOOD TRAYS TOPLID'S DURING SERVINGS OF MEAL'S ARE DIRTY; (16) GROUPS AND YARD'S ARE CANCEL IN THE IMU DUE TO NO LIETENANT OR OTHER BLOCK'S INMATES ISSUES OR MECHANIC CANCELLATION OF DAILY ACTIVITIES ON A WEEKLY BASIS; (17) BROWN HAVEN'T BEEN PROVIDED, NO MEANS FOR ADEQUATE PHYSICAL EXERCISE IN THE IMU; AND (18) CAMP HILL IMU, HAVE NO MEANS FOR ADEQUATE PHYSICAL SOCIAL INTERACTIONS WITH OTHER INMATES; OR ~~BROWN~~ BROWN ~~~~ DEPRIVATIONS ASSOCIATED, EXERCISE. ABNORMAL VOCATIONAL AND EDUCATIONAL ACTIVITY, IN THE IMU IS ATYPICAL AND SIGNIFICANT HARDSHIP ON BROWN A MENTAL HEALTH PATIENT. SUBJECTED TO THIS ROUTINE CONDITIONS SINCE DATE 10-2-24 WITH 4-YEARS LONG-STRETCH TIME UPHOLDING TO DO IN SOLITARY CONFINEMENT (KNOWN AS THE RESTRICTIVE HOUSING UNIT) FOR AN VIOLATION OF THE EIGHTH AND FOURTEENTH AMENDMENT. WHERETO BROWN HAS BEEN STRIPPED AC-STATUS PRIVILEGES-(LONG TERM FOOD ITEMS & ALL BROWNS PROPERTY) IN THE IMU. BROWN IS ALSO FORCE TO LIVE IN CELLS THAT BECOME INFESTED WITH MICE/RATS etc.

15

32) AS BROWN SERVED HIS DISCIPLINARY SANCTIONS FOR MISCONDUCT #D853483 AND ISN'T A DANGER TO HIMSELF OR OTHERS, SHOW DEFENDANTS RETALIATORY ACTS FOR BROWN PRIOR MISCONDUCT #D853483 TO KEEP BROWN CONFINED ESSENTIONALLY OF DC-ACTIONS IN THE IMU. LONG-TERM SOLITARY CONFINEMENT VIOLATED THE FIRST AMENDMENT RIGHTS TO BROWN CONSTITUTIONS.

33) DEFENDANTS ABSENCE OF A FINDING TO KEEP BROWN IN SOLITARY CONFINEMENT ████ WITH NO JUSTIFICATION MET AS BROWN COMPLETED HIS MISCONDUCT #D853483 DISCIPLINARY SANCTION BEFORE HE WAS ILLEGALLY/UNLAWFULLY ENFORCED IN SCI CAMP HILL IMU IN THE RESTRICTIVE HOUSING DISCIPLINARY CUSTODY INMATES AREA.

### VI. EXHAUSTION

34) BROWN HAS EXHAUSTED ALL AND ANY ADMINISTRATIVE REMEDIES THAT WAS ALLOWED TO EXERCISE UNDER DC-804 GRIEVANCE PROCEDURES TO SEEK REDRESS FROM THE PRISON FOR THE DEFENDANTS VIOLATION OF BROWN

FIRST, EIGHTH AND FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

VII. RELIEF.

35) BROWN'S PRAYER FOR RELIEF RESPECTFULLY ASKED OF THIS COURT TO ENTER JUDGMENT:

36) GRANTING BROWN A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATE BROWNS RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, AND

37) A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS LAUREL HARRY, AND MICHAEL WENEROWICZ TO REMOVE BROWN FROM THE IMU AND TRANSFER BROWN TO PHOENIX OR CHESTER TOWARDS BROWN REGION, AND

38) GRANTING BROWN COMPENSATORY DAMAGES IN THE AMOUNT OF $350,000 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

39) BROWN SEEKS NOMINAL DAMAGES AND

17

PUNITIVE DAMAGES IN THE AMOUNT OF $5,000 EACH DAY BROWN WAS CONFINED IN THE IMU AT SCI-CAMP HILL.

40) BROWN SEEK A JURY TRIAL ON All ISSUES TRIABLE BY JURY.

41) BROWN SEEK RECOVERY OF THE COSTS IN THIS SUIT, AND LAWYER FEES AND COSTS; AND ANY ADDITIONAl RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

## VIII. VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS AllEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS AllEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE TO BE TRUE. I CERTIFY UNDER THE UNITED STATES DECLARED PENALTY OF PERJURY THAT THE FOREGOING IS TRUE CORRECT, AND ADEQUATE.

JESSE BROWN HN1283
SCI-CAMP HILL
P.O BOX 8837
CAMP HILL PA 17001

18

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JESSE BROWN                          CIVIL ACTION
             PLAINTIFF               NO. _____
        V.
LAUREL HARRY COMMISSIONER    Complaint
OVERALL CORRECTIONAL FACILITIES
OF PENNSYLVANIA; WENEROWICZ,
SECRETARY OVERALL CORRECTIONAL
FACILITY OF PENNSYLVANIA; GOURLEY
SUPERINTENDENT; JENNIFER
MCCLELLAND, DSCS; SPEELES UNIT
MANAGER/CAPTAIN OF THE EMU AT
CAMP HILL; KALSKY, PSS; ARE BEING
SUED IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES;
                DEFENDANTS

         CERTIFICATE PROOF OF SERVICE

NOW ON DATE 3-30-25 I'AM SENDING THIS
CERTIFICATE ATTACHED TO A CIVIL ACTION Complaint
AND MOTION FOR APPOINTMENT OF COUNSEL IN THIS OUT-
GOING PRE-PAID FIRST CLASS MAIL DELIVERY TO THE MIDDLE
DISTRICT OF PENNSYLVANIA FOR AN ORDER GRANTED.

                              HONORABLE JUDGE
JESSE BROWN #HN1283        NAME _____
SCI-CAMP HILL
P.O. Box 8837             SIGNATURE _____
CAMP HILL PA 17001        THE MIDDLE DISTRICT COURT OF
                              PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JESSE BROWN                              CIVIL ACTION
        PLAINTIFF                        NO. _____
            V,
LAUREL HARRY COMMISSIONER        COMPLAINT☜
OVERALL CORRECTIONAL FACILITY
OF PENNSYLVANIA; WENEROWICZ
SECRETARY OVERALL CORRECTIONAL FACILITIES
OF PENNSYLVANIA; GOURLEY SUPERINTENDENT;
JENNIFER MCCLELLAND DSCS; SPEELES UNIT
MANAGER/CAPTAIN OF THE IMU AT CAMP HILL;
KALSKY, PSS; ARE BEING SUED IN THEIR
INDIVIDUAL AND OFFICIAL CIAPACITIES
            DEFENDANTS
        CERTIFICATE PROOF OF SERVICE
AND NOW THIS WIT TO BE THE 25ᵗʰ DAY OF MARCH 2025
I AM SENDING THIS CERTIFICATE ATTACTED TO PLAINTIFF
MOTION TO PROCEED INFORMA PAUPERIS IN THIS
OUTGOING PREPAID FIRST CLASS MAIL DELIVERY FOR
AN ORDER GRANTED
                        HONORABLE JUDGE

JESSE BROWN HN1283        NAME _____
SCF-CAMP HILL             SIGNATURE _____
P.O. BOX 8837             IN THE U.S. MIDDLE DISTRICT
CAMP HILL PA. 17001       COURT OF PENNSYLVANIA
DATE 3-25-25.

Smart Communications/PADoc
SCI Camp Hill
Jesse Brown #HN1283
P.O. Box 33028
St. Petersburg, FL 33733

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA. 18501-1148



USMS X-RAY

RECEIVED
SCRANTON
APR - 1 2025
PER_____ DEPUTY CLERK

Inmate Mail
PA DEPT. OF
CORRECTIONS

US POSTAGE
ZIP 17011
02 4W
0000375647
$ 002.040
MAR 28 2025
